Note: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1195

NATIONAL PRODUCTS, INC.,

Plaintiff-Appellee,

v.

GAMBER-JOHNSON LLC,

Defendant-Appellant.

David K. Tellekson, Darby & Darby P.C., of Seattle, Washington, argued for plaintiff-appellee. With him on the brief were Robert L. Jacobson and Mark P. Walters.

Arthur Gollwitzer III, Michael, Best & Friedrich, LLP, of Chicago, Illinois, argued for defendant-appellant. With him on the brief were David L. De Bruin, Martin L. Stern, and Joseph Louis Olson.

Appealed from: United States District Court for the Western District of Washington

Judge Richard A. Jones

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1195

NATIONAL PRODUCTS, INC.,

Plaintiff-Appellee,

v.

GAMBER-JOHNSON LLC,

Defendant-Appellant.

# Judgment

ON APPEAL from the     United States District Court for the Western District of Washington

in CASE NO(S).     07-CV-1985

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

     Per Curiam (NEWMAN, PLAGER, and MOORE, Circuit Judges).

         AFFIRMED. See Fed. Cir. R. 36.

         ENTERED BY ORDER OF THE COURT

DATED    October 22, 2009          _/s/ Jan Horbaly_
                                  Jan Horbaly, Clerk